**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of New Jersey

Case number *(if known)*: _____

Chapter you are filing under:

Chapter 7
Chapter 11
Chapter 12
Chapter 13

Check if this is an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Jamie <br> First name <br> Allison <br> Middle name <br> Welkis <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br> Middle name <br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name <br> Middle name <br> Last name <br> Business name (if applicable) | First name <br> Middle name <br> Last name <br> Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 7514 | xxx - xx - |

Debtor 1    Jamie         Allison         Welkis                                      Case number (*if known*) _____
            First Name    Middle Name    Last Name

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____ <br> EIN | _____ <br> EIN |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **5. Where you live** | | If Debtor 2 lives at a different address: |
| | 279 Redwood Court <br> Number      Street | _____ <br> Number      Street |
| | Ramsey              NJ        07446 <br> City              State    ZIP Code | _____ <br> City              State    ZIP Code |
| | BERGEN-NJ <br> County | _____ <br> County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | _____ <br> Number      Street | _____ <br> Number      Street |
| | _____ <br> P.O. Box | _____ <br> P.O. Box |
| | _____ <br> City              State    ZIP Code | _____ <br> City              State    ZIP Code |

| | | | |
|---|---|---|---|
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:* | | *Check one:* |
| | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |
| | _____ | | _____ |

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____

First Name    Middle Name    Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

Chapter 7

Chapter 11

Chapter 12

Chapter 13

---

**8.** **How you will pay the fee**

**I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

**I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

**I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

No.

Yes.  District  New Jersey _____  When  09/15/2021  Case Number  2:2021bk17251
                                          MM / DD / YYYY

      District  Pennsylvania Middle  When  01/08/2020  Case Number  1:2020bk0076
                                          MM / DD / YYYY

      District  New Jersey _____  When  07/11/2018  Case Number  2:2018bk23908
                                          MM / DD / YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

No.

Yes.  Debtor _____  Relationship to you _____

      District _____  When _____  Case Number, if known _____
                                   MM / DD / YYYY

---

**11.** **Do you rent your residence?**

No.  Go to line 12

Yes.  Has your landlord obtained an eviction judgment against you?

      No  No. Go to line 12

      Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    Jamie          Allison          Welkis _____    Case number (*if known*) _____

First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

Number    Street

_____

_____

City                                    State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C.§ 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a debtor according to the definition § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☐ No.

☐ Yes.   What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

Number    Street

_____

_____

City                                    State    ZIP Code

Debtor 1    Jamie          Allison          Welkis                                    Case number (*if known*) _____
         First Name     Middle Name      Last Name

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any | **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any |
| **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| **I am not required to receive a briefing about credit counseling because of:** | **I am not required to receive a briefing about credit counseling because of:** |
| **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. | **Incapacity.** I have a mental illness or a mental deficiency that makes meincapable of realizing or making rational decisions about finances. |
| **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| **Active duty.** I am currently on active military duty in a military combat zone. | **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Jamie    Allison    Welkis    Case number (*if known*) _____

First Name    Middle Name    Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____    X _____
Signature of Debtor 1    Signature of Debtor 2

Executed on  03/12/2023    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1   Jamie          Allison          Welkis                     Case number (*if known*) _____

First Name      Middle Name      Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____     Date _____

Signature of Attorney for Debtor                              MM / DD / YYYY

_____

Printed name

_____

Firm name

_____

Number        Street

_____  _____  _____

City                                                          State        ZIP Code

Contact phone  _____  Email address  _____

_____

Bar number                                                 State

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No

☐ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No

☐ Yes.    Name of Person _____

Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| X _____ | X _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date    03/12/2023 | Date    _____ |
| MM / DD / YYYY | MM / DD / YYYY |
| Contact phone  717-636-3498 | Contact phone  _____ |
| Cell phone  717-636-3498 | Cell phone  _____ |
| Email address  caccnj@gmail.com | Email address  _____ |

**Fill in this information to identify your case:**

| Debtor 1 | Jamie | Allison | Welkis |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing)

| | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number
(If known)

## Official Form 101A

# Initial Statement About an Eviction Judgment Against You

12/15

**File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:**

■ **you rent your residence; and**

■ **your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called eviction judgment) against you to possess your residence.**

Landlord's name     Jamie Allison Welkis

Landlord's address     279 Redwood Court

Number     Street

Ramsey                    NJ          07446

City                          State       ZIP Code

**If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.**

### Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

Under the state or other nonbankruptcy law that applies to the judgment for possession *(eviction judgment)*, I have the right to stay in my residence by paying my landlord the entire delinquent amount.

I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

**X** _____     **X** _____
Signature of Debtor 1                      Signature of Debtor 2

Date  03/12/2023                            Date _____
MM / DD / YYYY                              MM / DD / YYYY

**Stay of Eviction:**   (a)   **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b)   **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

Check the Bankruptcy Rules ( http://www.uscourts.gov/rules-policies/current-rules-practice-procedure) and the local court's website (to find your court's website, go to http://www.uscourts.gov/court-locator) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules 12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

No

Yes.  Name of person _____ .  *Attach Bankruptcy Petition Preparer's Notice, Declaration, and*
*Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _____        X _____
Signature of Debtor 1                         Signature of Debtor 2

Date 03/12/2023                              Date _____
MM / DD / YYYY                              MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ....................................... | $ 19346.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................. | $ 19346.00 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ | $ 27000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ......................................... | $ |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................... | + $ 54633.46 |
| **Your total liabilities** | $ 81633.46 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ................................................ | $ 800.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ................................................ | $ 931.00 |

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |
|---|---|

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    Yes

7.  **What kind of debt do you have?**

    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   No. Go to Part 2.

   Yes. Where is the property?

   **What is the property?** Check all that apply.

   Single-family home

   Duplex or multi-unit building

   Condominium or cooperative

   Manufactured or mobile home

   Land

   Investment property

   Timeshare

   Other

   _____

   Street address, if available, or other description

   _____

   City          State    ZIP Code

   _____

   County

   **Who has an interest in the property?** Check one.

   Debtor 1 only

   Debtor 2 only

   Debtor 1 and Debtor 2 only

   At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   **Current value of the entire property?**    **Current value of the portion you own?**

   $ _____    $ _____

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   _____

   Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ................................. → | $ _____ 0.00 |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   No

   Yes

Debtor 1   Jamie            Allison         Welkis                          Case number (*if known*)

First Name   Middle Name   Last Name

| | | |
|---|---|---|
| 3.1 | Make: | Mercedes |
| | Model | C300 |
| | Year: | 2015 |
| | Approximate mileage: | 109000 |
| | Other information: | |

**Who has an interest in the property?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$          13521.00   $          13521.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   No
   Yes

   Make:
   Model
   Year:
   Other information:

**Who has an interest in the property?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

**Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$                              $

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** ........................................................➔ $          13521.00

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 3:   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6.   Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .......  2 beds, 3 dressers, coffee table, end table, dining room table & chairs, china closet, stove, refrigerator, washer, dryer, microwave, desk, pots, pans, dishes, linens, miscellaneous household goods

$          2250.00

**7.   Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe. .......  2 televisions, DVD, 2 computers, cell phone, audio devices

$          2500.00

**8.   Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

☐ Yes. Describe. .......

$

**9.   Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No

☑ Yes. Describe. .......  Skis, scuba gear, exercise equipment, bicycle

$          550.00

**10.   Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

☐ Yes. Describe. .......

$

**11.   Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .......  clothing

$          300.00

**12.   Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .......  Everyday jewelry, costume jewelry

$          125.00

Debtor 1    Jamie          Allison          Welkis          Case number (if known) _____
            First Name     Middle Name      Last Name

---

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. ....... | 4 cats | $ _____ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No

☐ Yes. Give specific
information. .......... | | $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here.** ................................................................................................... ➔ | $ _____ 5725.00

---

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) | |
| | First Name | Middle Name | Last Name | | | |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

No

Yes ............................................................................................................................   Cash: ................  $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

No

Yes...................

| | | Institution name: | |
| 17.1 | Checking account: | Checking account PNC | $            75.00 |
| 17.2 | Checking account: | Checking Account TD | $            25.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

No

Yes...................   Institution or issuer name:

$ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

No

Yes. Give specific information about them ...................

| Name of entity: | % of ownership: | |
| | 0 % | $ _____ |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

No

Yes. Give specific information about them ...................   Issuer name:

$ _____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

No

Yes. List each account separately.   Type of account:   Institution name:

$ _____

---

Debtor 1    Jamie          Allison          Welkis          Case number (*if known*)
           First Name     Middle Name     Last Name

---

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

No

Yes.......................        Institution name or individual:

_____        $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

No

Yes.......................    Issuer name and description:

_____        $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

No

Yes.......................    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____        $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

No

Yes. Give specific
information about them .....    [                          ]        $ _____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

No

Yes. Give specific
information about them .....    [                          ]        $ _____

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

No

Yes. Give specific
information about them .....    [                          ]        $ _____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

No

Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ....................    [              ]    Federal:    $ _____
                                                            State:      $ _____
                                                            Local:      $ _____

---

Debtor 1    Jamie        Allison        Welkis            Case number (*if known*)
            First Name    Middle Name    Last Name

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

No

Yes. Give specific information. ........

Alimony:               $ _____

Maintenance:           $ _____

Support                $ _____

Divorce Settlement:    $ _____

Property Settlement:   $ _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

No

Yes. Give specific information. ........                    $ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

No

Yes. Name the insurance company of each policy and list its value. ....

Company name:                Beneficiary:

_____        _____        $ _____

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

No

Yes. Give specific information. ........                    $ _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

No

Yes. Give specific information. ........                    $ _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

No

Yes. Give specific information. ........                    $ _____

**35. Any financial assets you did not already list**

No

Yes. Give specific information. ........                    $ _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ..........................................................................➔    $ _____100.00

Debtor 1    Jamie    Allison    Welkis    Case number *(if known)*

First Name    Middle Name    Last Name

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

No. Go to Part 6.

Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

No

Yes. Describe .......    $ _____

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

No

Yes. Describe .......    $ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

No

Yes. Describe .......    $ _____

41. **Inventory**

No

Yes. Describe .......    $ _____

42 **Interests in partnerships or joint ventures**

No

Yes. Describe .......    Name of entity:    % of ownership:

_____    0 %    $ _____

43. **Customer lists, mailing lists, or other compilations**

No

Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

No

Yes. Describe .......    $ _____

44. **Any business-related property you did not already list**

No

Yes. Give specific information ...........

_____    $ _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ................................................................................... ➔    $ _____ 0.00

Debtor 1    Jamie          Allison          Welkis          Case number (*if known*) _____

       First Name      Middle Name      Last Name

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

    No. Go to Part 7.

    Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

    *Examples:* Livestock, poultry, farm-raised fish

    No

    Yes ....................   $ _____

48. **Crops—either growing or harvested**

    No

    Yes. Give specific information ..........   $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    No

    Yes ....................   $ _____

50. **Farm and fishing supplies, chemicals, and feed**

    No

    Yes ....................   $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

    No

    Yes. Give specific information ..........   $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................................................   ➔   $ _____

Debtor 1    Jamie        Allison        Welkis        Case number *(if known)* _____

First Name    Middle Name    Last Name

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

   *Examples:* Season tickets, country club membership

   ☐ No

   ☐ Yes. Give specific
   information ..........

   _____     $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................➔  $ _____ 0.00

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ..........................................................................................➔  $ _____ 0.00

56. **Part 2: Total vehicles, line 5**                    $ _____ 13521.00

57. **Part 3: Total personal and household items, line 15**       $ _____ 5725.00

58. **Part 4: Total financial assets, line 36**             $ _____ 100.00

59. **Part 5: Total business-related property, line 45**        $ _____ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**    $ _____

61. **Part 7: Total other property not listed, line 54**        +$ _____ 0.00

62. **Total personal property.** Add lines 56 through 61. ...........   $ _____ 19346.00   Copy personal property total ➔  +$ _____ 19346.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .................................................   $ _____ 19346.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2015 Mercedes C300 <br> Line from *Schedule A/B*: 3.1 | $ 13521.00 | $ _____ <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(2) |
| Brief description: 2 beds, 3 dressers, coffee table, end table, dining room table & chairs, china closet, stove, refrigerator, washer, dryer, microwave, desk, pots, pans, dishes, linens, miscellaneous household goods <br> Line from *Schedule A/B*: 6 | $ 2250.00 | $ 2250.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3) |
| Brief description: 2 televisions, DVD, 2 computers, cell phone, audio devices <br> Line from *Schedule A/B*: 7 | $ 2500.00 | $ 2500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. 522(b)(3) |

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____

          First Name    Middle Name    Last Name

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Skis, scuba gear, exercise equipment, bicycle  Line from *Schedule A/B*: 9 | $ 550.00 | $ 550.00  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: clothing  Line from *Schedule A/B*: 11 | $ 300.00 | $ 300.00  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description: Everyday jewelry, costume jewelry  Line from *Schedule A/B*: 12 | $ 125.00 | $ 125.00  100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   No

   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      No

      Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

**2.1**

SANTANDER CONSUMER USA
Creditor's Name

BANKRUPTCY DEPARTMENT
Number    Street

BOX 560284

Dallas          TX    75356-0284
City          State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Date debt was incurred 11/2018

**Describe the property that secures the claim:**

2015 Mercedes C300 AWD
(approx. 10,9000 miles)

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset)

Last 4 digits of account number _____

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | $ 27000.00 | $ 13251.00 | $ 16749.00 |

| Column A dollar value totals from all pages. | $ 27000.00 | |
|---|---|---|

Debtor 1   Jamie        Allison      Welkis      Case number (*if known*) _____

First Name   Middle Name   Last Name

---

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

_____
Name                                                   On which line in Part 1 did you enter the creditor? _____

_____                Last 4 digits of account number  _____
Number    Street

_____

_____
City                              State     ZIP Code

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   No. Go to Part 2.

   Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| Priority Creditor's Name | | | |
| Last 4 digits of account number _____ | $ _____ | $ _____ | $ _____ |
| **When was the debt incurred?** | | | |
| Number    Street | | | |
| **As of the date you file, the claim is:** Check all that apply | | | |
| City           State    ZIP Code | Contingent | | |
| | Unliquidated | | |
| **Who incurred the debt?** Check one. | Disputed | | |
| Debtor 1 only | **Type of PRIORITY unsecured claim:** | | |
| Debtor 2 only | | | |
| Debtor 1 and Debtor 2 only | Domestic support obligations | | |
| At least one of the debtors and another | Taxes and certain other debts you owe the government | | |
| **Check if this claim is for a community debt** | Claims for death or personal injury while you were intoxicated | | |
| **Is the claim subject to offset?** | Other. Specify | | |
| No | | | |
| Yes | _____ | | |

Debtor 1    Jamie _____ Allison _____ Welkis _____    Case number (*if known*) _____
First Name    Middle Name    Last Name

| Part 2: | List ALL of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1**

AMERICAN HONDA FINANCE
Nonpriority Creditor's Name

NATIONAL RECOVERY CENTER
Number    Street

P.O.BOX 168088

IRVING _____ TX _____ 75016-8088
City    State    ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Last 4 digits of account number** _____    $ 8608.46

**When was the debt incurred?** 11/2019

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Repossession

**4.2**

ANDREW CACCIATORE
Nonpriority Creditor's Name

201 Chandler Street
Number    Street

Milton _____ DE _____ 19968-1235
City    State    ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only

Debtor 2 only

Debtor 1 and Debtor 2 only

At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

**Last 4 digits of account number** _____    $ 6706.00

**When was the debt incurred?** 7/2021

**As of the date you file, the claim is:** Check all that apply

Contingent

Unliquidated

Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Marital claims for payment of attorneys fees

**4.3**

BRIAN TRAVA DMD
Nonpriority Creditor's Name

119 1ST STREET
Number    Street

HO HO KUS _____ NJ _____ 07423
City    State    ZIP Code

**Last 4 digits of account number** _____    $ 675.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

Debtor 1    Jamie         Allison        Welkis                                Case number (*if known*) _____
         First Name      Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

    Medical bill

---

**4.4**  BRYANTSBK
Nonpriority Creditor's Name

500 E. 60TH STREET NORTH
Number    Street

SIOUX FALLS            SD      57104
City                   State   ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number _____

**When was the debt incurred?** 4/2013

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

    Credit Card

$ _____

---

**4.5**  CAPITAL ONE (BANKRUPTCY NOTIFICATION
Nonpriority Creditor's Name

PO BOX 31293
Number    Street

SALT LAKE CITY         UT      84131
City                   State   ZIP Code

**Who incurred the debt?** Check one.

Debtor 1 only
Debtor 2 only
Debtor 1 and Debtor 2 only
At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

No
Yes

Last 4 digits of account number _____

**When was the debt incurred?** 02/2012

**As of the date you file, the claim is:** Check all that apply

Contingent
Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

    Credit Card-charged off as 2/14/2023

$    2227.00

---

**4.6**  CAPITAL ONE (BANKRUPTCY NOTIFICATION
Nonpriority Creditor's Name

Last 4 digits of account number _____

$    577.00

---

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____
   First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | | **Total claim** |
|---|---|---|

PO BOX 31293
Number    Street

SALT LAKE CITY        UT        84131
City                State        ZIP Code

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No
   Yes

When was the debt incurred? 9/2013

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify    Credit Card-charged off as 2/14/2023

---

| 4.7 | CBNA | Last 4 digits of account number _____ | $    236.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 6497
Number    Street

SIOUX FALLS        SD        57117
City                State        ZIP Code

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No
   Yes

When was the debt incurred? 10/2010

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify    Credit Card

---

| 4.8 | CB INDIGO | Last 4 digits of account number _____ | $    315.00 |
|---|---|---|---|

Nonpriority Creditor's Name

PO BOX 4499
Number    Street

BEAVERTON        OR        97076
City                State        ZIP Code

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No

When was the debt incurred? 5/2018

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim** |
|---|---|

| | Yes | Credit Card | |

---

**4.9**

| SYNCB/SMRTCN | **Last 4 digits of account number** ___ ___ ___ ___ | $ 550.00 |
|---|---|---|
| Nonpriority Creditor's Name | | |
| PO BOX 965005 | **When was the debt incurred?** 2/2015 | |
| Number    Street | | |

| ORLANDO    FL    32896 | **As of the date you file, the claim is:** Check all that apply |
|---|---|
| City    State    ZIP Code | |

**Who incurred the debt?** Check one.

    Debtor 1 only            Contingent
    Debtor 2 only            Unliquidated
    Debtor 1 and Debtor 2 only   Disputed
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

    No         Other. Specify
    Yes       Credit Card Closed  2016

---

**4.10**

| CBNA/BEST BUY | **Last 4 digits of account number** ___ ___ ___ ___ | $ 1998.00 |
|---|---|---|
| Nonpriority Creditor's Name | | |
| PO BOX 182125 | **When was the debt incurred?** 12/16 | |
| Number    Street | | |

| COLUMBUS    OH    43218 | **As of the date you file, the claim is:** Check all that apply |
|---|---|
| City    State    ZIP Code | |

**Who incurred the debt?** Check one.

    Debtor 1 only            Contingent
    Debtor 2 only            Unliquidated
    Debtor 1 and Debtor 2 only   Disputed
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

    No         Other. Specify
    Yes       Credit Card Closed Feb 2023

---

**4.11**

| CBNA/BEST BUY | **Last 4 digits of account number** ___ ___ ___ ___ | $ 236.00 |
|---|---|---|
| Nonpriority Creditor's Name | | |
| PO BOX 182125 | **When was the debt incurred?** 11/2010 | |
| Number    Street | | |

| COLUMBUS    OH    43218 | **As of the date you file, the claim is:** Check all that apply |
|---|---|
| City    State    ZIP Code | |

**Who incurred the debt?** Check one.

    Debtor 1 only            Contingent
    Debtor 2 only            Unliquidated
    Debtor 1 and Debtor 2 only   Disputed
    At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

    Student loans

---

Debtor 1    Jamie          Allison          Welkis          Case number (*if known*) _____
    First Name    Middle Name    Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

Check if this claim is for a community debt

Is the claim subject to offset?
  No
  Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify
  Credit Card Closed Feb 2023

---

**4.12**  FIRST PREMIER BANK
Nonpriority Creditor's Name

3820 N LOUISE AVENUE
Number    Street

SIOUX FALLS              SD        57107
City                            State      ZIP Code

**Who incurred the debt?** Check one.
  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only
  At least one of the debtors and another

Check if this claim is for a community debt

Is the claim subject to offset?
  No
  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 07/13

**As of the date you file, the claim is:** Check all that apply
  Contingent
  Unliquidated
  Disputed

**Type of NONPRIORITY unsecured claim:**
  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  Credit Card Charge off  2023

$  1365.00

---

**4.13**  FIRST PREMIER BANK
Nonpriority Creditor's Name

    3820 N LOUISE AVENUE
Number    Street

SIOUX FALLS              SD        57107
City                            State      ZIP Code

**Who incurred the debt?** Check one.
  Debtor 1 only
  Debtor 2 only
  Debtor 1 and Debtor 2 only
  At least one of the debtors and another

Check if this claim is for a community debt

Is the claim subject to offset?
  No
  Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 9/2014

**As of the date you file, the claim is:** Check all that apply
  Contingent
  Unliquidated
  Disputed

**Type of NONPRIORITY unsecured claim:**
  Student loans
  Obligations arising out of a separation agreement or divorce that you did not report as priority claims
  Debts to pension or profit-sharing plans, and other similar debts
  Other. Specify
  Credit Card Charge off 2023

$  994.00

---

**4.14**  KAY JEWELERS
Nonpriority Creditor's Name

375 GHENT ROAD
Number    Street

AKRON                     OH        44333
City                            State      ZIP Code

**Who incurred the debt?** Check one.

**Last 4 digits of account number** _____

**When was the debt incurred?** 4/2013

**As of the date you file, the claim is:** Check all that apply
  Contingent

$  1385.00

---

Official Form 106E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          page 6 of 12

Debtor 1    Jamie         Allison         Welkis              Case number (*if known*) _____

| First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |

Unliquidated
Disputed

**Type of NONPRIORITY unsecured claim:**

Student loans
Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
Debts to pension or profit-sharing plans, and other similar debts
Other. Specify

Charge Account

---

**4.15**   LENDING CLUB    Last 4 digits of account number _____    $  13906.00
Nonpriority Creditor's Name

71 STEVENSON, STE 300    **When was the debt incurred?** 2/17
Number    Street

SAN FRANCISCO    CA    94105    **As of the date you file, the claim is:** Check all that apply
City    State    ZIP Code

**Who incurred the debt?** Check one.    Contingent
Debtor 1 only    Unliquidated
Debtor 2 only    Disputed
Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
At least one of the debtors and another    Student loans
**Check if this claim is for a community debt**    Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
**Is the claim subject to offset?**    Debts to pension or profit-sharing plans, and other similar debts
No    Other. Specify
Yes    Unsecured loan - Charge off 10/2019

---

**4.16**   MONEY LION    Last 4 digits of account number _____    $  447.26
Nonpriority Creditor's Name

PO BOX 1547    **When was the debt incurred?** 10/2018
Number    Street

SANDY    UT    84901    **As of the date you file, the claim is:** Check all that apply
City    State    ZIP Code

**Who incurred the debt?** Check one.    Contingent
Debtor 1 only    Unliquidated
Debtor 2 only    Disputed
Debtor 1 and Debtor 2 only    **Type of NONPRIORITY unsecured claim:**
At least one of the debtors and another    Student loans
**Check if this claim is for a community debt**    Obligations arising out of a separation agreement or divorce
that you did not report as priority claims
**Is the claim subject to offset?**    Debts to pension or profit-sharing plans, and other similar debts
No    Other. Specify
Yes    installment sales

---

**4.17**   NEWARD BOARD OF EDUCATION    Last 4 digits of account number _____    $  82.00
Nonpriority Creditor's Name

EMPLOYEES CREDIT UNION
Number    Street

Debtor 1    Jamie _____ Allison _____ Welkis _____    Case number (*if known*) _____
           First Name      Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

When was the debt incurred? 11/2014

195 NORMAN ROAD

Newark _____ NJ _____ 07106
City          State    ZIP Code

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No
   Yes

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify

   Credit union fees _____

---

**4.18** | ONEMAIN FINANCIAL ATTN: BK NOTICES | **Last 4 digits of account number** _____ | $ 2795.00
Nonpriority Creditor's Name

PO BOX 1010
Number    Street

**When was the debt incurred?** 8/2015

EVANSVILLE _____ IN _____ 47706
City              State    ZIP Code

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No
   Yes

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify

   Loan - Closed  2/2018 _____

---

**4.19** | EBGPERFIN | **Last 4 digits of account number** _____ | $ 1953.00
Nonpriority Creditor's Name

1515 W 22ND STREET
Number    Street

**When was the debt incurred?** 7/2017

OAK BROOK _____ AZ _____ 60523
City            State    ZIP Code

As of the date you file, the claim is: Check all that apply

   Contingent
   Unliquidated
   Disputed

**Who incurred the debt?** Check one.

   Debtor 1 only
   Debtor 2 only
   Debtor 1 and Debtor 2 only
   At least one of the debtors and another

   **Check if this claim is for a community debt**

**Is the claim subject to offset?**

   No

**Type of NONPRIORITY unsecured claim:**

   Student loans
   Obligations arising out of a separation agreement or divorce that you did not report as priority claims
   Debts to pension or profit-sharing plans, and other similar debts
   Other. Specify

Debtor 1    Jamie          Allison        Welkis              Case number (*if known*) _____
     First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim** |
|---|---|

    Yes          Repossession closed 6/2018

---

**4.20**  ROCKLAND ELECTRIC
Nonpriority Creditor's Name

390 W. ROUTE 59
Number    Street

SPRING VALLEY              NY      10977
City                       State    ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No
    Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 01/01/2020

**As of the date you file, the claim is:** Check all that apply

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts
    Other. Specify   Electric Service until 2021  acct # 25460-76057

$    2415.87

---

**4.21**  VW CREDIT INC
Nonpriority Creditor's Name

P.O. BOX 3
Number    Street

HILLSBORO                  OR      97123
City                       State    ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

    **Check if this claim is for a community debt**

**Is the claim subject to offset?**

    No
    Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 4/2017

**As of the date you file, the claim is:** Check all that apply

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans
    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
    Debts to pension or profit-sharing plans, and other similar debts
    Other. Specify   Repossession closed profit loss write off 2/2023

$    4746.00

---

**4.22**  PSEG
Nonpriority Creditor's Name

PO BOX 14444
Number    Street

New Brunswick              NJ      08906
City                       State    ZIP Code

**Who incurred the debt?** Check one.

    Debtor 1 only
    Debtor 2 only
    Debtor 1 and Debtor 2 only
    At least one of the debtors and another

**Last 4 digits of account number** 6057

**When was the debt incurred?** 01/01/2020

**As of the date you file, the claim is:** Check all that apply

    Contingent
    Unliquidated
    Disputed

**Type of NONPRIORITY unsecured claim:**

    Student loans

$    2415.87

---

Debtor 1  Jamie          Allison        Welkis          Case number (*if known*) _____
          First Name     Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

No

Yes

Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Debts to pension or profit-sharing plans, and other similar debts

Other. Specify

Gas and Utility Plan coverage up until 2021  acct# 25460-76057

Debtor 1    Jamie        Allison        Welkis                              Case number (*if known*)
            First Name   Middle Name    Last Name

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---------|----------------------------------------------------------------|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

PORTFOLIO RC
Name

120 CORPORATE BLVD STE 100
Number    Street

NORFOLK                    VA    23502
City                       State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.18  of (*Check one*):

Part 1: Creditors with Priority Unsecured Claims

Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** _____

Debtor 1    Jamie        Allison        Welkis                                    Case number (*if known*) _____
            First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ _____ |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ _____ |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ _____ |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. **+** $ _____ |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ _____ |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. **+** $ 54633.46 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 54633.46 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | _____ | | |
| (If known) | | | |

Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases  **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name | |
| Number    Street | |
| | |
| City                          State      ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   No

   Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   No. Go to line 3.

   Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   No

   Yes. In which community state or territory did you live? _____ . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent

   _____
   Number        Street

   _____

   _____
   City                            State        ZIP Code

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.** Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.1 | Leah M Cacciatore | |
|---|---|---|
| | Name | Schedule D, line  2.1 |
| | 279 Redwood Court | Schedule E/F, line _____ |
| | Number    Street | Schedule G, line  _____ |
| | | |
| | Ramsey               NJ        07446 | |
| | City            State    ZIP Code | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment Status** | | ☐ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | _____ | _____ |
| **Employer's name** | | _____ | _____ |
| **Employer's address** | | _____<br>Number  Street | _____<br>Number  Street |
| | | _____ | _____ |
| | | _____<br>City        State   Zip Code | _____<br>City        State   Zip Code |
| **How long employed there?** | | _____ | _____ |

Debtor 1    Jamie    Allison    Welkis    Case number (*if known*) _____

First Name    Middle Name    Last Name

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ _____ | $ _____ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ _____ | + $ _____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ _____ | $ _____ |
| | Copy line 4 here ..................................................................➔ | 4. | $ _____ | $ _____ |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ _____ | $ _____ |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ _____ | $ _____ |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ _____ | $ _____ |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ _____ | $ _____ |
| | 5e. **Insurance** | 5e. | $ _____ | $ _____ |
| | 5f. **Domestic support obligations** | 5f. | $ _____ | $ _____ |
| | 5g. **Union dues** | 5g. | $ _____ | $ _____ |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ _____ | + $ _____ |
| | _____ | 5h. | + $ _____ | + $ _____ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ _____ | $ _____ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ _____ | $ _____ |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ _____ | $ _____ |
| | 8b. **Interest and dividends** | 8b. | $ _____ | $ _____ |
| | 8c. **Family support payment that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ _____ | $ _____ |
| | 8d. **Unemployment compensation** | 8d. | $ _____ | $ _____ |

Debtor 1    Jamie          Allison        Welkis            Case number (*if known*) _____

First Name     Middle Name     Last Name

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8e. | **Social Security** 8e. | $ _____ | $ _____ |

8f.    **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| Specify: _____ | 8f. | $ _____ | $ _____ |
|---|---|---|---|
| _____ | 8f. | $ _____ | $ _____ |

| 8g. | **Pension or retirement income** | 8g. | $ _____ | $ _____ |
|---|---|---|---|---|
| 8h. | **Other monthly income.** Specify: _____ | 8h. | + $ _____ | + $ _____ |
|  | _____ | 8h. | + $ _____ | + $ _____ |

| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $ _____ | $ _____ |
|---|---|---|---|---|

| 10. | **Calculate monthly income. Add line 7 + line 9.** Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ _____ | + | $ _____ | = | $ _____ |
|---|---|---|---|---|---|---|---|

11. **State all other regular contributions to the expenses that you list in *Schedule J.***

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: Contribution by daughter towards _____     11.  + $        800.00

12. **Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12.  $        800.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

No.

Yes. Explain:    Looking for employment daily in the interim I have interview with school district also Involved in a smart city infrastructure start up company expecting to launch public and private seed rounds in mid-April 2023 -Drone Industry Systems, Corp.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No

      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☐ Yes. Fill out this information for each dependent ......................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No

   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4.   $ _____ |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a.   $ _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b.   $ _____ |

Debtor 1  Jamie      Allison      Welkis                        Case number (*if known*) _____
    First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---:|
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ |
| 4d. | Homeowner's association or condominium dues | 4d. $ 423.00 |
| **5.** | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ |
| **6.** | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 350.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 80.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 78.00 |
| 6d. | Other Specify: _____ | 6d. $ |
| **7.** | **Food and housekeeping supplies** | 7. $ |
| **8.** | **Childcare and children's education costs** | 8. $ |
| **9.** | **Clothing, laundry, and dry cleaning** | 9. $ |
| **10.** | **Personal care products and services** | 10. $ |
| **11.** | **Medical and dental expenses** | 11. $ |
| **12.** | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ |
| **13.** | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ |
| **14.** | **Charitable contributions and religious donations** | 14. $ |
| **15.** | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | |
| 15a. | Life insurance | 15a. $ |
| 15b. | Health insurance | 15b. $ |
| 15c. | Vehicle insurance | 15c. $ |
| 15d. | Other. Specify: _____ | 15d. $ |
| **16.** | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ |
| **17.** | **Installment or lease payments:** | |
| 17a. | Car payments for Vehicle 1 | 17a. $ |
| 17b. | Car payments for Vehicle 2 | 17b. $ |
| 17c. | Other. Specify: _____ | 17c. $ |
| 17d. | Other. Specify: _____ | 17d. $ |
| **18.** | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I,* Your Income (Official Form 106I).** | 18. $ |
| **19.** | **Other payments you make to support others who do not live with you.** | |

Debtor 1    Jamie        Allison        Welkis                                    Case number (*if known*) _____

    First Name    Middle Name    Last Name

|  | Your expenses |
|---|---|

Specify: _____    19. $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*

20a. Mortgages on other property    20a. $ _____

20b. Real estate taxes    20b. $ _____

20c. Property, homeowner's, or renter's insurance    20c. $ _____

20d. Maintenance, repair, and upkeep expenses    20d. $ _____

20e. Homeowner's association or condominium dues    20e. $ _____

21. **Other.** Specify: _____    21. +$ _____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a. $ 931.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b. $ _____

22c. Add line 22a and 22b. The result is your monthly expenses.    22c. $ 931.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ 800.00

23b. Copy your monthly expenses from line 22c above.    23b. -$ 931.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*    23c. $ 0.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☐ No.

    ☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

☐ Check if this is an amended filing

## Official Form 122A—1Supp

# Statement of Exemption from Presumption of Abuse Under § 707(b)(2) 12/15

**File this supplement together with Chapter 7 Statement of Your Current Monthly Income (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1:    Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

    ☐ No.    Go to Form 122A-1; on the top of page 1 of that form, check box 1, There is no presumption of abuse, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes. Go to Part 2.

### Part 2:    Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.    Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　　☐ No.    Go to line 3.

    　　☐ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No. Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    　☐ No. Complete Form 122A-1. Do not submit this supplement.

    　☐ Yes. Check any one of the following categories that applies:

    　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____ , which is fewer than 540 days before I file this bankruptcy case.

    　　☐ **I am performing a homeland defense activity for at least 90 days.**

    　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____ , which is fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, The Means Test does not apply now, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The exclusion period means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   Married

   Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   No

   Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | Same as Debtor 1 | Same as Debtor 1 |
   | 114 South 2nd Street | From 07/18/2020 | _____ | From _____ |
   | Number    Street | To  03/21/2021 | Number    Street | To _____ |
   | _____ | | _____ | |
   | Newport      PA    17074 | | _____ | |
   | City      State    ZIP Code | | City    State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   No

   Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:    Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☐ Yes. Fill in the details.

| | | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|---|
| | | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Source of Income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | Wages, commissions, bonuses, tips<br>Operating Business | $ 0.00 | Wages, commissions, bonuses, tips<br>Operating Business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2022 )<br>YYYY | | Wages, commissions, bonuses, tips<br>Operating Business | $ 12950.00 | Wages, commissions, bonuses, tips<br>Operating Business | $ _____ |
| **For last calendar year before that:**<br>(January 1 to December 31, 2021 )<br>YYYY | | Wages, commissions, bonuses, tips<br>Operating Business | $ 24354.00 | Wages, commissions, bonuses, tips<br>Operating Business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☐ Yes. Fill in the details.

| | | Debtor 1: | | Debtor 2: | |
|---|---|---|---|---|---|
| | | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Source of Income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to December 31, _____ )<br>YYYY | | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____ )<br>YYYY | | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

Debtor 1 _____Jamie_____ _____Allison_____ _____Welkis_____    Case number (if known) _____
     First Name          Middle Name        Last Name

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

        No.  Go to line 7.

        Yes. List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

        * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

        During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

        No.  Go to line 7.

        Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| _____ <br> Creditor's Name | _____ | $ _____ | $ _____ | Mortgage <br> Car <br> Credit Card <br> Loan Repayment <br> Suppliers or vendors <br> Other |
| _____ <br> Number    Street | | | | |
| _____ | | | | |
| _____ <br> City          State   ZIP Code | | | | _____ |

**7.  Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony

    No.

    Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ <br> Insider's Name | _____ | $ _____ | $ _____ | |
| _____ <br> Number    Street | | | | |
| _____ | | | | |
| _____ <br> City          State   ZIP Code | | | | |

Debtor 1    Jamie            Allison            Welkis        Case number (*if known*) _____
         First Name    Middle Name    Last Name

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   No.

   Yes. List all payments that benefited an insider

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| _____ Insider's Name | _____ | $ _____ | $ _____ | |
| _____ Number    Street | | | | |
| _____ | | | | |
| _____ City            State    ZIP Code | | | | |

Debtor 1 ___Jamie_____ ___Allison_____ _____    Case number (*if known*) _____
First Name    Middle Name    Last Name

---

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title  US BANK TRUST NA AS TRUSTEE for LSF9 MP | Foreclosure | Bergen County Superior Court _____ <br> Court Name <br>  10 Main Street _____ <br> Number    Street <br> _____ <br> Hackensack       NJ     07601 <br> City       State   ZIP Code | Pending <br><br> On appeal <br><br> Concluded |
| Case number  F-019172 | | | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.

☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| US BANK TRUST NA AS TRUSTEE for Bungalow Series IV Trust <br> Creditor's Name <br><br> 13801 WIRELESS WAY <br> Number    Street <br><br> _____ <br> OKLAHOMA CITY     OK   73134 <br> City       State   ZIP Code | 279 Redwood Court Ramsey NJ 07446 <br><br> **Explain what happened** <br>  ☐ Property was repossessed. <br>  ☑ Property was foreclosed. <br>  ☐ Property was garnished. <br>  ☐ Property was attached, seized, or levied. | 09/09/2022 | $         374000.00 |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City       State   ZIP Code | | _____ <br><br><br><br><br> Last 4 digits of account number: XXXX– _____ | $ _____ |

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____
            First Name   Middle Name   Last Name

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

No

Yes

---

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

No

Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State   ZIP Code<br><br>Person's relationship to you _____ | | _____ | $ _____ |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

No

Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City            State   ZIP Code | | _____ | $ _____ |

---

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

No

Yes. Fill in the details.

Debtor 1    Jamie          Allison          Welkis                                    Case number (*if known*) _____
            First Name     Middle Name      Last Name

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
|  |  | _____ | $ _____ |

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

  No

  Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City               State   ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | | _____ | $ _____ |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

  No

  Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| _____<br>Person Who Was Paid<br><br>_____<br>Number     Street<br><br>_____<br><br>_____<br>City               State   ZIP Code | | _____ | $ _____ |

---

| Debtor 1 | Jamie | Allison | Welkis | | Case number (*if known*) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

  ☐ No

  ☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| _____ Person Who Received Transfer | | | _____ |
| _____ Number     Street | | | |
| _____ City          State   ZIP Code | | | |
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

  ☐ No

  ☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |

---

**Part 8:**   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

  ☐ No

  ☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| _____ Name of Financial Institution | XXXX– _____ | **Checking** **Savings** | _____ | $ _____ |
| _____ Number     Street | | **Money market** **Brokerage** | | |
| _____ | | **Other** | | |

Debtor 1    Jamie    Allison    Welkis    Case number *(if known)* _____

First Name    Middle Name    Last Name

---

_____

City                    State      ZIP Code

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

No

Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | No |
| | | | Yes |
| Name of Financial Institution | Name | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City            State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

No

Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | No |
| | | | Yes |
| Name of Storage Facility | Name | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City            State    ZIP Code | | |

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

No

Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

Debtor 1    Jamie            Allison
            First Name    Middle Name    Last Name

Case number (*if known*) _____

Owner's Name _____

Number    Street _____

City            State    ZIP Code

Number    Street _____

City            State    ZIP Code

$ _____

---

| Part 10: | Give Details About Environmental Information |

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   No

   Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

   No

   Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

| Debtor 1 | Jamie | Allison | Welkis | Case number (*if known*) |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    No

    Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name _____ | | **Pending** |
| | | | **On appeal** |
| Case number _____ | Number    Street _____ | | **Concluded** |
| | _____ | | |
| | City    State   ZIP Code | | |

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    A member of a limited liability company (LLC) or limited liability partnership (LLP)

    A partner in a partnership

    An officer, director, or managing executive of a corporation

    An owner of at least 5% of the voting or equity securities of a corporation

**No. None of the above applies. Go to Part 12.**

**Yes. Check all that apply above and fill in the details below for each business.**

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| De-Life Designs, LLC<br>Business Name | Technology Consulting Business | **EIN:** 88-4141907 |
| 279 Redwood Court<br>Number    Street | **Name of accountant or bookkeeper** | **Dates business existed** |
| <br>Ramsey        NJ    07446<br>City        State   ZIP Code | Self | **From** 11/10/2022  **To** 03/11/2023 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

    No

    Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____<br>Name | _____<br>MM / DD / YYYY |
| _____<br>Number    Street | |

Debtor 1    Jamie         Allison        Welkis                                    Case number (*if known*) _____
            First Name    Middle Name    Last Name

_____

_____

City                        State    ZIP Code

## Part 12:   Sign Below

**I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

X _____          X _____
  Signature of Debtor 1                         Signature of Debtor 2

Date  03/12/2023                              Date _____

**Did you attach additional pages to Your Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)?**

  No

  Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

  No

  Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

- ■  **creditors have claims secured by your property, or**
- ■  **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1.  **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   SANTANDER CONSUMER USA | Surrender the property. | No |
| | Retain the property and redeem it. | Yes |
| Description of property securing debt:   2015 Mercedes C300 AWD (approx. 10,9000 miles) | Retain the property and enter into a *Reaffirmation Agreement.* | |
| | Retain the property and [explain]: | |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below. Do not list real estate leases.** *Unexpired leases* **are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: | No |
| Description of leased property: | Yes |

Debtor 1    Jamie          Allison        Welkis                                    Case number (*if known*)
          First Name     Middle Name    Last Name

| Part 3: | Sign Below |

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X _____          X _____
Signature of Debtor 1                        Signature of Debtor 2

Date  03/12/2023                             Date  _____
     MM / DD / YYYY                                MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jamie | Allison | Welkis |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of New Jersey | | |
| Case number | | | |
| (If known) | | | |

# Mailing List

List contains the name and address of each entity included on Schedules D, E/F, G, H and Creditor Information.

| | | |
|---|---|---|
| SANTANDER CONSUMER USA | | |
| BANKRUPTCY DEPARTMENT | | |
| BOX 560284 | | |
| Dallas | TX | 75356-0284 |
| AMERICAN HONDA FINANCE | | |
| NATIONAL RECOVERY CENTER | | |
| P.O.BOX 168088 | | |
| IRVING | TX | 75016-8088 |
| ANDREW CACCIATORE | | |
| 201 Chandler Street | | |
| Milton | DE | 19968-1235 |
| BRIAN TRAVA DMD | | |
| 119 1ST STREET | | |
| HO HO KUS | NJ | 07423 |
| BRYANTSBK | | |
| 500 E. 60TH STREET NORTH | | |
| SIOUX FALLS | SD | 57104 |
| CAPITAL ONE (BANKRUPTCY NOTIFICATION | | |
| PO BOX 31293 | | |
| SALT LAKE CITY | UT | 84131 |
| CAPITAL ONE (BANKRUPTCY NOTIFICATION | | |
| PO BOX 31293 | | |
| SALT LAKE CITY | UT | 84131 |
| CBNA | | |
| PO BOX 6497 | | |
| SIOUX FALLS | SD | 57117 |

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____
            First Name    Middle Name    Last Name

| | | |
|---|---|---|
| CB INDIGO | | |
| PO BOX 4499 | | |
| BEAVERTON | OR | 97076 |
| SYNCB/SMRTCN | | |
| PO BOX 965005 | | |
| ORLANDO | FL | 32896 |
| CBNA/BEST BUY | | |
| PO BOX 182125 | | |
| COLUMBUS | OH | 43218 |
| CBNA/BEST BUY | | |
| PO BOX 182125 | | |
| COLUMBUS | OH | 43218 |
| FIRST PREMIER BANK | | |
| 3820 N LOUISE AVENUE | | |
| SIOUX FALLS | SD | 57107 |
| FIRST PREMIER BANK | | |
| 3820 N LOUISE AVENUE | | |
| SIOUX FALLS | SD | 57107 |
| KAY JEWELERS | | |
| 375 GHENT ROAD | | |
| AKRON | OH | 44333 |
| LENDING CLUB | | |
| 71 STEVENSON, STE 300 | | |
| SAN FRANCISCO | CA | 94105 |
| MONEY LION | | |
| PO BOX 1547 | | |
| SANDY | UT | 84901 |
| NEWARD BOARD OF EDUCATION | | |
| EMPLOYEES CREDIT UNION | | |
| 195 NORMAN ROAD | | |
| Newark | NJ | 07106 |

Debtor 1    Jamie        Allison        Welkis        Case number (*if known*) _____
                First Name    Middle Name    Last Name

ONEMAIN FINANCIAL ATTN: BK NOTICES
PO BOX 1010

EVANSVILLE                    IN        47706

EBGPERFIN
1515 W 22ND STREET

OAK BROOK                    AZ        60523

ROCKLAND ELECTRIC
390 W. ROUTE 59

SPRING VALLEY                NY        10977

VW CREDIT INC
P.O. BOX 3

HILLSBORO                    OR        97123

PSEG
PO BOX 14444

New Brunswick                NJ        08906

PORTFOLIO RC
120 CORPORATE BLVD STE 100

NORFOLK                        VA        23502

Leah M Cacciatore
279 Redwood Court

Ramsey                        NJ        07446

Carl Zoecklein
737 Broad St.

Clifton                        NJ        07013

Bergen County Sheriff's Department
2 Bergen County Plaza
ATTN: WRITS of Possession/Foreclosure Unit
Hackensack                    NJ        07601